# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 17, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

154374

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

EDWARD PINKNEY,
       Defendant-Appellant.

SC: 154374
COA: 325856
Berrien CC: 2014-001528-FH

_____/

     On order of the Court, the application for leave to appeal the July 26, 2016 judgment of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on whether to grant the application or take other action. MCR 7.305(H)(1). The parties shall file supplemental briefs within 42 days of the date of this order addressing: (1) whether the trial court abused its discretion when it admitted evidence under MRE 404(b) that related to the defendant's political and community activities other than the mayoral recall effort for the purpose of showing the defendant's motive to commit the instant crimes, and (2) whether the Court of Appeals erred in determining that MCL 168.937 creates the substantive offense of election forgery and is not merely a penalty provision for the specific forgery offenses set forth in other provisions of the Michigan election law. The parties should not submit mere restatements of their application papers.





     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 17, 2017

Clerk

s0510